AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wells Fargo Bank, N.A.,

                Plaintiff,

    v.

Erica D. Scott, et al.,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 3:23-cv-00056-LRH-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff Wells Fargo Bank, N.A. and against Defendants Erica D. Scott and Wesley A. Latin, Jr. in the amount not less than $102,929.42, comprised of $91,119.04 in overdraft loss, $1,494.36 in pre-judgment interest, and $10,316.02 in reasonable attorneys' fees and costs.

4/27/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ E. Smith  
Deputy Clerk